# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Ricardo Ortiz-Gomez**    *Principal*

YOB:    1977    Mexico

## CRIMINAL COMPLAINT

Case Number:

M-18-1376-M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **July 2, 2018** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, (*Track Statutory Language of Offense*)

**knowing or in reckless disregard of the fact that Aaron Gonzalez-Alvarado, a citizen and national of the United Mexican States, and Karla Lorena Alvarado-Santay, a citizen and national of Guatemala, along with ten (10) other undocumented aliens, for a total of twelve (12), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation, to wit: a residence located at Donna, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)    FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 22, 2018, Border Patrol Agents received information regarding a possible stash house located at 336 E. Roosevelt Road in Donna, Texas.

On July 2, 2018, Border Patrol Agents conducted surveillance on the residence and observed a male subject. The male subject, later identified as Ricardo Ortiz-Gomez, was approached by agents after he was seen walking outside the property. Agents questioned Ortiz about alien smuggling. Ortiz told agents that he was harboring at least ten (10) undocumented aliens. Ortiz was advised of his rights and placed under arrest. Ortiz gave verbal and written consent to search his residence. Agents searched the property and found twelve (12) undocumented aliens. All undocumented aliens were advised of their rights and placed under arrest.

**SEE ATTACHMENT**

Continued on the attached sheet and made a part of this complaint:    [X] Yes    [ ] No

Approved by

Signature of Complainant

Nicolas Cantu, Jr.    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

July 3, 2018 @ 1:55 p.m.    at    McAllen, Texas
Date                City and State

Juan F. Alanis    , U. S. Magistrate Judge
Name and Title of Judicial Officer    Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18- 1376 -M

RE: Ricardo Ortiz-Gomez

**CONTINUATION:**

Ortiz and the twelve (12) undocumented aliens were transported to the McAllen Processing Center.

**Principal Statement:**

Ricardo Ortiz-Gomez was read his Miranda rights. He understood his rights and provided a sworn statement.

Ortiz, a Mexican citizen, stated he illegally entered the United States about eighteen (18) years ago. He transported all the undocumented aliens to his property. He would receive phone calls about twice a week to pick up the undocumented aliens. Ortiz would get paid $100 USD per undocumented alien. Ortiz instructed the aliens to stay in a building behind his house. He told them they could come out but could not leave. Ortiz claims he provided grocery's and told the undocumented aliens to cook for themselves. On occasion, Ortiz says he would barbeque for the undocumented aliens. Ortiz also kept a ledger of the names of the undocumented aliens but admits he didn't write them all.

**Material Witnesses:**

Aaron Gonzalez-Alvarado and Karla Lorena Alvarado-Santay were read their Miranda rights. Both understood and provided a sworn statement.

Aaron Gonzalez-Alvarado, citizen of Mexico, claimed he made his smuggling arrangements and was to pay 6,500 USD. Gonzalez stated he walked across the river with a group of four people, including a foot guide. Gonzalez and the group walked for two to three hours before boarding a white four door car. Gonzalez was eventually transported to the residence he was arrested at. Gonzalez stated a male subject would check on them once a day and on one occasion, dropped off water and sport drinks. Gonzalez claimed the same male subject asked them to help throw bags of trash out. Gonzalez was at the residence for three days before he was arrested by Border Patrol Agents.

Gonzalez identified Ricardo ORTIZ-Gomez, through a photo lineup, as the male subject who dropped off beverages at the residence.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-18- 1376 -M

RE:     Ricardo Ortiz-Gomez                              A215 770 598

**CONTINUATION:**

Karla Lorena Alvarado-Santay, a citizen of Guatemala, stated she made the smuggling arrangements and was going to Boston, Massachusetts. The total cost for the smuggling arrangements came to $10,000 USD and she has paid $6,000 USD. Alvarado claims that she crossed the United States illegally with six other individuals. After crossing the river, Alvarado and the others walked for several hours and then were picked up. Alvarado was taken to the stash house where she was apprehended. At the stash house, a male subject told her where to stay and shower. Alvarado was also provided with food and water.

Alvarado identified Ricardo Ortiz-Gomez, through a photo lineup, as the caretaker of the house where she was staying.